## Max Goldenberg, Appellee, v. E. A. Myers, Appellant.

### Gen. No. 21,963.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed. Opinion filed December 30, 1916.

### Statement of the Case.

Action by Max Goldenberg, plaintiff, against E. A. Myers, defendant, on a written guaranty for the payment of rent under a lease. From a judgment for plaintiff, defendant appeals.

CALHOUN, LYFORD & SHEEAN and MOUNTZ & BRINKERHOFF, for appellant.

EBEN F. RUNYAN, for appellee.

. MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Chicago Daily News Co. v. Jackson & Semmelmeyer, 202 Ill. App. 341.

## Abstract of the Decision.

1. GUARANTY, § 35*—*who has burden of proving notice to guarantor of nonpayment of rent.* In an action for rent due under a lease against one who, by indorsement on the lease, had guarantied payment upon condition that notice of nonpayment by the lessee should be given him within ten days after nonpayment, *held* that the receipt of such notice by the defendant was a condition precedent to recovery, and that the burden of proof that it was so received by him was on the plaintiff.

2. GUARANTY, § 325*—*when proof of notice to guarantor of rent insufficient.* In an action against one who had guarantied payment under a lease, provided that notice of failure of the lessee to pay be given the guarantor within ten days after such failure, *held* that mere proof of mailing such notice within ten days without proof that the defendant had received it within that period was insufficient to sustain a judgment for the plaintiff.